

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00416-CR

**IN RE** Tabitha **CHARANZA**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
           Lori I. Valenzuela, Justice
           H. Todd McCray, Justice

Delivered and Filed: July 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed her petition for writ of mandamus on June 30, 2025, claiming that she has been denied a hearing on multiple petitions for writ of habeas corpus and denied relief from other motions. Relator does not provide evidence of any such petitions or motions having been filed. The court has determined that relator is not entitled to relief based on her filing. Accordingly, the petition for writ of mandamus is **DENIED**.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. CC702743, styled *State of Texas v. Tabitha Renee Charanza*, pending in the County Court at Law No. 15, Bexar County, Texas, the Honorable Melissa Vara presiding.